LILA LONGSON, Suing on Behalf of Herself and Other Stockholders Similarly Situated, Appellant, v. BEAUX-ARTS APARTMENTS, INC., Respondent.

Argued April 13, 1943; decided May 27, 1943.

*Mortimer H. Michaels* for appellant.

*Milton M. Bergerman* and *Joseph Cohen* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, RIPPEY, LEWIS, CONWAY and DESMOND, JJ. Taking no part: LEHMAN, Ch. J., and FINCH, J.